IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANGELA POWERS WEST, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER SOC. SECURITY, )<br>)<br>Defendant. ) | Case No. 08-cv-0751-MJR |

MEMORANDUM and ORDER

REAGAN, District Judge:

On February 1, 2010, Magistrate Judge Donald G. Wilkerson issued a detailed Report and Recommendation (Doc. 21), recommending that the undersigned District Judge deny Angela West's claims herein and enter judgment in favor of Defendant Commissioner of Social Security. The parties were advised that they could challenge Judge Wilkerson's findings and recommendation by filing objections on or before February 18, 2010 (see Doc. 21).

The period for objecting to Judge Wilkerson's Report has expired, and no party filed objections or sought additional time in which to do so. Therefore, pursuant to **28 U.S.C. § 636(b)** and Southern District of Illinois Local Rule 73.1(a), this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985); *Video Views Inc., v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS in its entirety** Judge Wilkerson's Report and Recommendation (Doc. 21), **DENIES** Plaintiff/Petitioner West's claims for relief, and **DIRECTS** the Clerk of Court to enter judgment against West and in favor of Defendant Commissioner of Social Security.

IT IS SO ORDERED.

DATED February 22, 2010.

s/  *Michael J. Reagan*
United States District Judge
Southern District of Illinois